WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorney for Plaintiff, Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Dated as of September 1, 2006, GSAMP Trust 2006-FM2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, GSAMP TRUST 2006-FM2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 2:19-cv-01487-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Dated as of September 1, 2006, GSAMP Trust 2006-FM2 and Defendants, Fidelity National Title Insurance Company and Lawyers Title Insurance Corporation (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 29th day of September, 2023.                    DATED this 29th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP                                  SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*                                    */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                                    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                       Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                             15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117                                        Sherman Oaks, California 91403
*Attorney for Plaintiff, Deutsche Bank National            Attorneys for Defendants, Fidelity National
Trust Company as Trustee Under the Pooling                 Title Insurance Company and Lawyers Title
and Servicing Agreement Dated as of                        Insurance Corporation*
*September 1, 2006, GSAMP Trust 2006-FM2*

**IT IS SO ORDERED.**

DATED: September 29, 2023.

_____
UNITED STATES DISTRICT JUDGE